IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMY ANN PITTS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:12cv728-MEF |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On August 27, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 2). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the § 2255 motion is denied and this case dismissed, as Pitts has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion.

Done this the 25th day of September, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE